IN THE JUSTICE COURT, STATE OF MONTANA
IN AND FOR SANDERS COUNTY
BEFORE THE HONORABLE DONALD M. STRINE, JUSTICE OF THE PEACE

| STATE OF MONTANA Plaintiff, vs. Nathan Scott Crowley Defendant. | Case No: CR-16-46-M-DLC <br> ✓ ORDER TO DETAIN <br> ___ ORDER OF COMMITMENT |
|---|---|

TO: SHERIFF OF SANDERS COUNTY, STATE OF MONTANA:

WHEREAS, the Defendant has been charged / duly found / pled Guilty in the above entitled Court of the crime(s) of U.S. District Court: Warrant U.S. Magistrate Judge John Johnson Great Falls, MT.

and, judgment having been pronounced against (him) (her) or that (he) (she) be detained in the Sanders County Jail, for a term of _____: and, or by payment of a bond in the sum of $ No Bond Listed on Warrant

YOU ARE HEREBY COMMANDED to take and receive said prisoner for the period of time or until legally discharged. If he/she smells of an alcoholic beverage or appears intoxicated or arrives more than one (1) hour after scheduled booking time: YOU ARE HEREBY COMMANDED to refuse booking and submit a brief report to the Court within twenty four (24) hours of the incident.

THE JURISDICTION of the Court is retained.

Dated this 14 day of December, 2016.

_Donald M. Strine_
Donald M. Strine, Justice of the Peace